United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                              Case No. 2:18-mj-97

Gerald A. Lawson

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   February 12, 2018 @ 3:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Noah Litton |
| Court Reporter | CourtSmart | Counsel for Deft(s): | George Chaney |
| Interpreter | | Pretrial/Probation: | |
| Log In | 3:30 p.m. | Log Out | 3:35 p.m. |

Defendant advised of rights, charges, and penalties.

Defendant has retained counsel, Adam Nemann.

Government seeks detention.

Preliminary Exam set for 2/20/18 @ 2:00 p.m.

Detention Hearing set for 2/14/18 @ 2:45 p.m.

Defendant remanded to USMS.