# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America**

      vs                                  Case No.   2:18-mj-97

**Gerald A. Lawson,**

## ORDER

**IT IS ORDERED** that the Federal Public Defender is appointed in this case to represent **Gerald A. Lawson.**

The Federal Public Defender is reminded of counsel's obligation to report significant changes in defendant's employment or financial circumstances sufficient to enable defendant to pay, in whole or in part, for legal representation. *CJA Plan*, Part V(D)(2).

  February 14, 2018                            /s/ Kimberly A. Jolson
Date                                        United States Magistrate Judge