United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-　　　　　　　　　　　　　　　　　　　Case No. 2:18-mj-97

Gerald A. Lawson

COURTROOM MINUTES
Preliminary Exam

|  | U.S. Magistrate Judge Kimberly A. Jolson | Date: February 21, 2018 @ 10:00 a.m. | |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Noah Litton |
| **Court Reporter** | Lahana DuFour | **Counsel for Deft(s):** | George Chaney |
| **Interpreter** |  | **Pretrial/Probation** |  |
| **Log In** | 10:01 a.m. | **Log Out** | 10:23 a.m. |

Preliminary Hearing held.

Testimony of government witness SA Teresa Petit, ATF.

Probable cause is found.  Defendant is ordered to answer to the charges against him.

Defendant remanded to USMS.